# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO. 6:25-cr-10152-EFM

TREVEN D. PASTEKA,

Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### TRANSPORTATION OF CHILD PORNOGRAPHY
**[18 U.S.C. § 2252A(a)(1)]**

On or about July 31, 2025, in the District of Kansas, the defendant,

### TREVEN D PASTEKA,

did knowingly transport using any means and facility of interstate and foreign commerce

and in and affecting interstate and foreign commerce by any means, including by computer,

child pornography, as defined in Title 18, United States Code, Section 2256(8), knowing

that that images were child pornography.

In violation of Title 18, United States Code, Section 2252A(a)(1).

1

## COUNT 2

**PRODUCTION OF OBSCENE VISUAL REPRESENTATION
OF THE SEXUAL ABUSE OF CHILDREN
[18 U.S.C. § 1466A(a)(1)]**

Between on or about March 3, 2022, and November 18, 2025, in the District of

Kansas, the defendant,

**TREVEN D PASTEKA,**

did knowingly produce a visual depiction of any kind, including a computer generated

image, that is obscene and depicts Minor Victim 1, Minor Victim 2 and Minor Victim 3

(minor children whose identities are known to law enforcement) engaging in sexually

explicit conduct, as defined in Title 18, United States Code, Section 2256, and this visual

depiction had been mailed, or shipped or transported in interstate or foreign commerce by

any means, including by computer, or was produced using materials that have been

mailed, or that have been shipped or transported in interstate or foreign commerce by any

means, including by computer.

A violation of Title 18, United States Code, Section 1466A(a)(1) with reference to

Title 18, United States Code, Section 1466A(d)(4).

## COUNT 3

### POSSESSION OF CHILD PORNOGRAPHY
### [18 U.S.C. 2252A(a)(5)(B)]

On or about November 18, 2025, in the District of Kansas, the defendant,

### TREVEN D PASTEKA,

knowingly possessed and accessed with intent to view any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported using any means and facility of interstate foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURE NOTICE

1.      The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to to Title 18, United States Code, Section 2253(a) and Title 18, United States Code, Section 1467.

2.      Upon conviction of one or more of the offenses set forth in Counts 1 and 3, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any

manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

     A.  Samsung Galaxy cellphone.

3.    Upon conviction of the offense set forth in Count 2, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1467, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

     A.  Samsung Galaxy cellphone.

A TRUE BILL.

December 17, 2025         s/Foreperson
DATE         FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

---

4

## PENALTIES

**Count 1: 18 U.S.C. § 2252A(a)(1): TRANSPORTATION OF CHILD PORNOGRAPHY**

- Punishable by a term of imprisonment of not less than five (5) years and not to exceed twenty (20) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(2).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than fifteen (15) years and not to exceed forty (40) years. 18 U.S.C. § 2252(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(2).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: 18 U.S.C. § 1446A(a)(1) PRODUCTION OF OBSCENE VISUAL REPRESENTATION OF THE SEXUAL ABUSE OF CHILDREN**

- Punishable by a term of imprisonment of not less than five (5) years and not to exceed twenty (20) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b).

5

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than fifteen (15) years and not to exceed forty (40) years. 18 U.S.C. § 2252(b)(1).

- A term of supervised release of not more than (5) years. 18 U.S.C. § 3583(b).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 3 – Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than twenty years (20) years. If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3)

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).